**LAW OFFICES OF JAMES V. BASHIAN, P.C.**
James V. Bashian (JB 6331)
Fairfield Commons
271 Route 46 West
Suite F-207
Fairfield, New Jersey 07004
Telephone: 973-227-6330

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JODY GOLDSTEIN MOLINARI,<br><br>       Plaintiff,<br><br>   -v-<br><br>TERENCE W. EDWARDS, GEORGE J. KILROY, NEIL J. CASHEN, A.B. KRONGARD, JAMES W. BRINKLEY, ANN D. LOGAN, JONATHAN D. MARINER and FRANCIS J. VAN KIRK,<br><br>       Defendants,<br>   -and-<br><br>PHH CORPORATION,<br><br>       Nominal Defendant. | No. 06-CIV-1588 (JHR) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

   PLEASE TAKE NOTICE that whereas none of the defendants have served an answer or motion for summary judgment, plaintiff hereby voluntarily dismisses this action as to all defendants, without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated: July 7, 2006 **LAW OFFICES OF JAMES V. BASHIAN, P.C.**

By:   s/ James V. Bashian
　　　James V. Bashian (JB 6331)
Fairfield Commons
271 Route 46 West
Suite F-207
Fairfield, New Jersey 07004
Telephone: 973-227-6330

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

JAMES V. BASHIAN hereby certifies that on July 7, 2006, he caused a true and correct copy of the foregoing to be served by First Class U.S. Mail on counsel for all defendants as follows:

Steven F. Gooby
DLA PIPER RUDNICK GRAY CARY US LLP
379 Thornall Street, 8th Floor
P.O. Box 2940
Edison, New Jersey 08837-2226

Carlos F. Ortiz
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas, 29th Floor
New York, New York 10020-1104

Deborah R. Meshulam
Sara Z. Moghadam
DLA PIPER RUDNICK GRAY CARY US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036

Parties may also access this filing through the Court's electronic filing system.

s/ James V. Bashian
James V. Bashian (JB 6331)
**LAW OFFICES OF JAMES V. BASHIAN, P.C.**
Fairfield Commons
271 Route 46 West
Suite F-207
Fairfield, New Jersey 07004
Telephone: 973-227-6330